

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00546-CV

**IN RE COCA-COLA REFRESHMENTS USA, INC.**, and Jon P. Rosales

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  August 21, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On August 12, 2013, relators Coca-Cola Refreshments USA, Inc. and Jon P. Rosales filed

a petition for writ of mandamus and motion for temporary relief. The court has considered the

petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought.

Accordingly, the petition for writ of mandamus and motion for temporary relief are denied. *See*

TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-16160, styled *Gerald J. Maurette v. Coca-Cola Refreshments USA, Inc. and Jon P. Rosales*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.